# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

RICHARD RUDD,

    Plaintiff,

v.                                          CASE NO. 5:09cv159-RH/MD

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER AFFIRMING THE COMMISSIONER'S DECISION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 24. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The Commissioner's decision is AFFIRMED. The clerk must enter judgment and close the file.

SO ORDERED on July 1, 2010.

                                                        s/Robert L. Hinkle
                                                        United States District Judge